# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re<br><br>**CHRISTOPHER GEORGE CARPER**<br>**KRYSTA GAYLE CARPER**<br><br>Debtor.<br>_____ | **In Chapter 13 Proceeding**<br>**No. 17-40600-MJH**<br><br>**ORDER GRANTING MOTION TO APPOINT ATTORNEY ON POST PETITION ACCIDENT UIM CLAIM NUNC PRO TUNC, APPROVE UIM POLICY CLAIM AND DEBTOR(S) EXEMPTIONS** |

It is ORDERED that Althauser, Rayan Abbarno, LLP is appointed nunc pro tunc as attorneys in the Debtor's post petition accident on 7/16/17, the UIM policy claim is allowed in the gross amount of $27,050 and the net proceeds of $16,367 are awarded to the Debtors under their exemptions in this case.

///END OF ORDER///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor